AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   MJ20-509(2) |
| Two Facebook Accounts | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2, attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 20, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any U.S. Magistrate Judge in West. Dist. of Washington _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     August 6, 2020 at 8:30 am

_____
*Judge's signature*

City and state:     Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

USAO# 2020R00664

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.:<br>787095-20-0038 | Date and time warrant executed:<br>8/6/2020 | Copy of warrant and inventory left with:<br>Facebook |
|---|---|---|

Inventory made in the presence of :
    Jessie McCabe

Inventory of the property taken and name of any person(s) seized:

    Electronic media containing Facebook account data for ZzaeEnt and zzaeentertainment accounts
- videos
- posts/comments
- ip addresses
- pictures
- records indicating account user

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   2/10/2021

Digitally signed by LEXIE WIDMER
Date: 2021.02.10 11:53:44 -08'00'

*Executing officer's signature*

Lexie Widmer, Special Agent

*Printed name and title*

USAO# 2020R00221 [BROWN to HAYS]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTACHMENT A-2

### Accounts to be Searched

This warrant applies to information associated with the Facebook user of the following Facebook accounts ("SUBJECT ACCOUNTS"):

Account 600535194, or alternatively described as the account located at https://www.facebook.com/ZzaeEnt/, profile or page name "Z-zae Willoughby"

Account 104301725066, or alternatively described as the account located at https://www.facebook.com/zzaeentertainment/, profile or page name "Z-zae Entertainment"

These accounts are stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

USAO#2020R00664 – Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT B-2**

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A-2 is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each SUBJECT ACCOUNT listed in Attachment A:

a.     All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

b.     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

d.     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e.     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.     All "check ins" and other location information;

1  g.  All IP logs, including all records of the IP addresses that logged into the

2 account;

3  h.  All records of the account's usage of the "Like" feature, including all Facebook

4 posts and all non-Facebook webpages and content that the user has "liked";

5  i.  All past and present lists of friends created by the account;

6  j.  All records of Facebook searches performed by the account;

7  k.  The length of service (including start date), the types of service utilized by the

8 user, and the means and source of any payments associated with the service (including any

9 credit card or bank account number);

10  l.  All privacy settings and other account settings, including privacy settings for

11 individual Facebook posts and activities, and all records showing which Facebook users have

12 been blocked by the account;

13  m.  All records pertaining to communications between Facebook and any person

14 regarding the user or the user's Facebook account, including contacts with support services

15 and records of actions taken and

16  n.  A list of any accounts linked to the SUBJECT ACCOUNTS by machine

17 cookie.

18    **II.**  **Information to be seized by the government**

19   All information described above in Section I that constitutes fruits, contraband,

20 evidence and instrumentalities of violations of Title 18, United States Code, Sections

21 844(f)(1) and 844(i) (Arson), including the following:

22  a.  Posts, videos, or messages admitting to the arson;

23  b.  Evidence indicating state of mind and motive as it relates to the crime

24 enumerated above, including but not limited to records related to protests occurring in Seattle

25 and other locations during May through July 2020;

26  c.  IP log evidence, including all records of the IP addresses that logged into the

27 account, and the dates and times such logins occurred;

28  d.  Evidence of the identities of and relationships between co-conspirators;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      e.    Evidence of who uses or accesses the subject account or who exercises in any

2  way any dominion or control over the account;

3      f.    Evidence of who communicated with the SUBJECT ACCOUNTS, including

4  records about their identities and whereabouts;

5      g.    Log records, including IP address captures, associated with the specified

6  accounts;

7      h.    Subscriber records associated with the specified accounts, including 1) names,

8  email addresses, and screen names; 2) physical addresses; 3) records of session times and

9  durations; 4) length of service (including start date) and types of services utilized; 5)

10 telephone or instrument number or other subscriber number or identity, including any

11 temporarily assigned network address such as internet protocol address, media access card

12 addresses, or any other unique device identifiers recorded by Google in relation to the

13 accounts; 6) account log files (login IP address, account activation IP addresses, and IP

14 address history); 7) detailed billing records/logs; 8) means and source of payment; and 9)

15 lists of all related accounts;

16     i.    Records of communications between Facebook and any person purporting to

17 be the account holder about issues relating to the accounts, such as technical problems,

18 billing inquiries, or complaints from other users about the specified account, including

19 records of contacts between the subscriber and the provider's support services, as well as

20 records of any actions taken by the provider or subscriber as a result of the communications;

21 and

22     j.    Information identifying accounts that are linked or associated with the

23 SUBJECT ACCOUNTS.

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970